**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRANDON CHANG, et al.<br>c/o 519 H Street NW<br>Washington, DC 20001<br><br><br>      Plaintiffs,<br><br>v.<br><br>UNITED AMERICAN SECURITY, LLC<br>d/b/a GARDAWORLD<br>1699 S Hanley Road, Suite 350<br>St. Louis, MO 63144<br><br>      Defendant. | Case No. 1:24-cv-02377 |

**JOINT STATUS REPORT**

COME NOW the Parties, Defendant United American Security, LLC ("Defendant"), and Plaintiffs Brandon Chang and Anya Forrest ("Plaintiffs") (together "the Parties"), in response to the Court's December 19, 2025 Minute Order instructing 'the parties to file, within 30 days of the arbitrator's decision, a joint status report advising the Court of the status of the matter and proposing the next steps, including a schedule if applicable, to govern further proceedings[,]" hereby submit the following:

1. Plaintiffs state that it is only appropriate to say: Plaintiffs' claims under the Payment and Collection of Wages Act are currently proceeding in arbitration. The arbitrator has not made a final award.

2. Defendant states the Court instructed to be made aware of the outcome regarding the question of arbitrability referred to arbitration so as to be properly appraised as to the

"status of the matter" and any next steps. As such, Defendant advises the Court that on June 6, 2025, following confidential briefing, the arbitrator determined Plaintiffs' claims under the Payment and Collection of Wages Act are subject to arbitration. Therefore, Plaintiffs' claims will proceed towards resolution in arbitration and no further action by the Court is required at this time. The foregoing statement is intended only to apprise the Court of the outcome of the question of arbitrability, which Defendant believes is minimally necessary based upon the Court's order and request for a status report, Defendant does not intend this to be a waiver of any confidentiality provision contained in the Parties' Arbitration Agreement.


Dated: July 7, 2025                        Respectfully submitted,

                                           /s/ Adam Calandra
                                           ADAM CALANDRA, #241622
                                           TERESA JAKUBOWSKI, #443380
                                           BARNES & THORNBURG, LLP
                                           555 12th Street NW, Suite 1200
                                           Washington, DC 20004
                                           Phone: (202) 289-1313
                                           Fax: (202) 289-1330
                                           adam.calandra@btlaw.com

                                           Counsel for Defendant

                                           Justin Zelikovitz[1]
                                           JUSTIN ZELIKOVITZ, #986001
                                           DCWAGELAW
                                           519 H Street NW
                                           Washington, DC 20001
                                           Phone: (202) 803-6083
                                           Fax: (202) 683-6102
                                           justin@dcwagelaw.com

                                           Counsel for Plaintiffs

---

[1] This Joint Status Report is being filed without signature from Plaintiffs' counsel because Plaintiffs' counsel has not responded to communications regarding the final version of this Joint Status Report.