**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRANDON CHANG, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED AMERICAN SECURITY, LLC<br>d/b/a GARDAWORLD,<br><br>    Defendant.<br><br>REGINA MERRITT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AMERICAN SECURITY, LLC<br>d/b/a GARDAWORLD,<br><br>    Defendant. | Consolidated Civil Action Nos. 24-2377 and<br>24-3592 (BAH)<br><br>Judge Beryl A. Howell |

**<u>ORDER</u>**

Upon consideration of the seven pending motions, namely (1) defendant United American Security's Motion to Dismiss *Merritt v. United American Security, LLC*, No. 24-cv-3592 ("*Merritt*"), *Merritt* ECF No. 30; (2) defendant's Motion to Dismiss *Chang v. United American Security, LLC*, No. 24-cv-2377 ("*Chang*"), ECF No. 47; (3) *Chang* plaintiffs' Brandon Chang and Anya Forrest's Motion for Partial Summary Judgment, ECF No. 42, as to Count I of *Chang*; (4) *Chang* plaintiffs' and *Merritt* plaintiff Regina Merritt's joint Motion to Certify Class, ECF No. 44; (5) defendant's Motion to Strike Exhibits from *Chang* Plaintiffs' Motion for Partial Summary Judgment, ECF No. 48; (6) defendant's Motion to Strike Exhibits from Plaintiffs' Motion to Certify Class, ECF No. 53; and (7) *Chang* and *Merritt* plaintiffs' Motion for Sanctions, ECF No. 74, the

1

legal memoranda in support and opposition, the exhibits attached thereto, and the entire records, it is hereby—

**ORDERED** that defendant's Motion to Dismiss *Merritt*, *Merritt* ECF No. 30, is **DENIED**; it is further

**ORDERED** that defendant's Motion to Dismiss *Chang*, ECF No. 47, is **GRANTED IN PART** as to Counts I, IV, and V, and **DENIED IN PART** as to Counts II and III of the Third Amended Complaint, ECF No. 41; it is further

**ORDERED** that Counts I, IV, and V of the Third Amended Complaint in *Chang* are **DISMISSED**; it is further

**ORDERED** that plaintiffs' Motion for Partial Summary Judgment, ECF No. 42, as to Count I in *Chang*, is **DENIED**; it is further

**ORDERED** that plaintiffs' Motion to Certify Class, ECF No. 44, is **DENIED** without prejudice; it is further

**ORDERED** defendant's Motion to Strike Exhibits from Plaintiffs' Motion for Partial Summary Judgment, ECF No. 48, is **DENIED AS MOOT**; it is further

**ORDERED** defendant's Motion to Strike Exhibits from Plaintiffs' Motion to Certify Class, ECF No. 53, is **DENIED AS MOOT**; it is further

**ORDERED** that, upon finding that the defense counsel unreasonably and vexatiously multiplied these proceedings and that sanctions are warranted pursuant to 28 U.S.C. § 1927, plaintiffs' Motion for Sanctions, ECF No. 74 is **GRANTED**; it is further

**ORDERED** that Teresa L. Jakubowski, Adam T. Calandra, and Barnes & Thornburg LLP are jointly and severally liable for reasonable attorneys' fees and costs incurred by plaintiffs in

responding to defendant's Motion to Disqualify, ECF No. 57, and filing plaintiffs' Motion for Sanctions, ECF No. 74; it is further

**ORDERED** that Teresa L. Jakubowski, Adam T. Calandra, and Barnes & Thornburg LLP pay, by July 9, 2026, $172,635.10, in attorneys' fees and costs, to plaintiffs; it is further

**ORDERED** that the parties file a Joint Meet and Confer Report by June 23, 2026. *See* Standing Order ¶ 4(a), (c), ECF No. 2.

**SO ORDERED**.

Date:  June 9, 2026

_____
**BERYL A. HOWELL**
United States District Judge